Harvey M. Moore, Esq., CSB 101128
Ray Mahdavi, Esq., CSB 247178
The Moore Law Group,
A Professional Corporation
3710 S. Susan St., Ste 210
P.O. Box 25145
Santa Ana, CA 92799-5145
(714) 431-2000

Attorneys for Defendant,
Stephens and Michaels Associates, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VARTANIAN, | Case No. 3:10-cv-02522-WQH-NLS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| STEPHENS & MICHAELS ASSOCIATES, INC., | |
| Defendant. | |

    Defendant, Stephens & Michaels Associates, Inc. ("SMA"), by and through its undersigned counsel, hereby informs the Court that a settlement of the present matter has been reached. SMA anticipates that the parties will submit a request for dismissal of this matter within 30 days.

    SMA requests that this Court vacate all dates currently set on calendar for this matter.

-1-

| | | |
|---|---|---|
| 1 | Dated: March 8, 2011 | The Moore Law Group, APC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Harvey M. Moore. |
| 5 | | Ray Mahdavi |
| | | Attorneys for SMA |

## CERTIFICATE OF SERVICE

I, Ray Mahdavi, do hereby certify that on March 8, 2011, a copy of the forgoing document was sent by U.S. Mail to:

Michael S Agruss, Esq.
Krohn & Moss Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Ray Mahdavi