UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VARTANIAN,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHENS & MICHAELS ASSOCIATES, INC.,<br><br>    Defendant. | Case No.: 3:10-cv-02522-WQH -NLS<br><br>ORDER GRANTING STIPULATION TO SET ASIDE JUDGMENT ENTERED JANUARY 27, 2011; DISMISSAL OF CASE WITH PREJUDICE |

IT IS HEREBY ORDERED that the parties' joint Stipulation to Set Aside Judgment entered against, Defendant, Stephens & Michaels Associates, Inc., entered on January 27, 2011, and Dismissal of case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own fees and costs, is GRANTED. (ECF No. 15). The Motion for Attorney Fees is denied as moot. (ECF No. 12). This case remains closed.

Dated: 4/26/11

Hon. William Q. Hayes